# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY,**

        **Plaintiff,**

**v.**                                  **Case No:   6:15-cv-1906-Orl-31DAB**

**JOY GROCERY, INC. and ESTATE OF
NICHOLAS ALLIGOOD,**

        **Defendants.**

_____

## ORDER

    This cause comes before the Court on the Motion for Default Judgment (Doc. 26), filed May 26, 2016.

    On June 2, 2016, the United States Magistrate Judge issued a report (Doc. 27) recommending that the motion be denied. No objections have been filed.   Therefore, it is

    **ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    The Motion for Default Judgment is **DENIED**.

3.    The Clerk's Default (Doc. 19) is **VACATED**.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on June 22, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party