# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,**

      **Plaintiff,**

v.                                                   Case No:   6:15-cv-1906-Orl-31DCI

**JOY GROCERY, INC., ESTATE OF NICHOLAS ALLIGOOD, EDUAR MARTINEZ, SEAN F. BOGLE, FOYSAL AHMED, JAMAL UDDIN and AMBAMA, INC.,**

      **Defendants.**

## ORDER

This matter is before the Court on the Report and Recommendation by Magistrate Judge Irick on December 15, 2017 (Doc. 98). There being no objection thereto, it is

**ORDERED** that the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order. The Motion for Summary Judgment (Doc. 81) and the Motion for Default Judgment (Doc. 90) are **GRANTED in part**, as set forth in paragraph 3 of the Report and Recommendation, and **DENIED** in all other respects. The Court will enter a separate declaratory judgment effectuating the relief set forth in paragraph 3 of the Report and Recommendation. After entry of that judgment, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 5, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party